**FILED**

OCT -6 2020

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PATRICK O. CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-2666 (UNA) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | . |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). This complaint strings together disjointed musings about racism in America, mentions civil and criminal matters involving plaintiff in the courts of North Carolina and Virginia, discusses plaintiff's indigency, and purports to bring claims under federal and Virginia law. Having reviewed the complaint and its many exhibits carefully, the Court concludes that what factual contentions are identifiable are baseless and wholly incredible.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: September 24, 2020

/s/
RUDOLPH CONTRERAS
United States District Judge